IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NORMAN CADMUS, | : | |
| | : | 1:12-cv-2253 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| JOHN WETZEL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

## August 13, 2013

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. This action is **DISMISSED** pursuant to F.R.C.P. 41(b) due to Plaintiff's failure to prosecute.

2. The Plaintiff's Motion for Continuance and Permanent Injunction (Doc. 36) is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge